**Film Title: Mechanic: Resurrection**
**Rights Owner: ME2 Productions, Inc.**

| | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | | | | |
|---|---|---|---|---|---|
| **John Doe** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Location of the IP Address Connection** |
| 1 | 73.78.163.99 | 50321 | 2017-01-25 19:09:38 | Comcast Cable | Colorado |
| 2 | 73.95.133.153 | 30413 | 2017-01-21 05:29:18 | Comcast Cable | Colorado |
| 3 | 71.196.196.22 | 63804 | 2017-01-20 08:41:21 | Comcast Cable | Colorado |
| 4 | 71.229.168.224 | 50301 | 2017-01-19 13:29:30 | Comcast Cable | Colorado |
| 5 | 73.181.94.31 | 40862 | 2017-01-18 01:10:44 | Comcast Cable | Colorado |
| 6 | 73.95.132.246 | 48231 | 2017-01-18 00:36:04 | Comcast Cable | Colorado |
| 7 | 73.14.142.202 | 51245 | 2017-01-14 21:13:52 | Comcast Cable | Colorado |
| 8 | 24.8.49.61 | 38514 | 2017-01-13 00:30:09 | Comcast Cable | Colorado |
| 9 | 73.14.142.207 | 47128 | 2017-01-12 00:22:47 | Comcast Cable | Colorado |
| 10 | 73.95.139.148 | 51715 | 2017-01-08 06:28:11 | Comcast Cable | Colorado |
| 11 | 72.161.105.93 | 50321 | 2017-01-26 07:04:29 | CenturyLink | Colorado |
| 12 | 71.219.197.60 | 51203 | 2017-01-16 13:36:19 | CenturyLink | Colorado |

EXHIBIT 1

| 13 | 174.16.178.144 | 51298 | 2017-01-09 04:50:43 | CenturyLink | Colorado |
| 14 | 174.29.69.14 | 13303 | 2017-01-08 22:34:53 | CenturyLink | Colorado |
| 15 | 71.218.179.30 | 55450 | 2017-01-08 00:50:49 | CenturyLink | Colorado |

EXHIBIT 1