## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00301-WYD-MEH

ME2 PRODUCTIONS, INC.,

a Nevada Corporation,

             Plaintiff,

     v.

JOHN DOES 1, 4-5, 7-9, 11, 13,

             Defendants.

---

## STATUS REPORT

---

        Pursuant to this Court's February 1, 2017 Minute Order [ECF No. 8], the Plaintiff's

counsel in the above-captioned and the following-captioned related cases hereby tenders the

following tenth-day-of-the-month Status Report[1]:

1.  Civil Action No. 1:17-cv-00301-WYD-MEH
    ME2 Productions, Inc. v. John Does 1, 4-5, 7-9, 11, 13, Defendants.

        On June 7, 2017, the Plaintiff filed a Notice of Dismissal without Prejudice as to

Defendant John Doe #s 1, 4, 9, 11, and 13 [ECF No. 23], however the Court has not yet

terminated these parties from the case.  The Plaintiff is still attempting to ascertain whether

further litigation is necessary with respect to the remaining Defendants in this action in order to

resolve the Plaintiff's claims with respect to these Defendants.

---

[1] The Plaintiff's counsel is filing a separate tenth-day-of-the-month Status Report in related Civil Action No. 1:17-cv-00170-WYD-MEH, *ME2 Productions, Inc. v. Orf*.

2.  Civil Action No. 1:17-cv-00387-WYD-MEH
    ME2 Productions, Inc. v. John Doe 8, Defendant.

The Plaintiff is still attempting to ascertain whether further litigation is necessary with respect to the remaining Defendant in this action in order to resolve the Plaintiff's claims with respect to this Defendant.

There are no pending motions in this action.

3.  Civil Action No. 1:17-cv-00508-WYD-MEH
    ME2 Productions, Inc. v. John Does 1-4, 8, 11, Defendants.

The Plaintiff is still attempting to ascertain whether further litigation is necessary with respect to the remaining Defendants in this action in order to resolve the Plaintiff's claims.

There are no pending motions in this action.

4.  Civil Action No. 1:17-cv-00607-WYD-MEH
    ME2 Productions, Inc. v. John Does 3, 5-7, 9-10, 14-16, 19-20, 22, 24, Defendants.

The Plaintiff is still attempting to ascertain whether further litigation is necessary with respect to the remaining Defendants in this action in order to resolve the Plaintiff's claims.

There are no pending motions in this action.

5.  Civil Action No. 1:17-cv-00674-WYD-MEH
    ME2 Productions, Inc. v. John Does 2-3, 8, 11, Defendants.

The Plaintiff is still attempting to ascertain whether further litigation is necessary with respect to the remaining Defendants in this action in order to resolve the Plaintiff's claims.

There are no pending motions in this action.

6. Civil Action No. 1:17-cv-00724-WYD-MEH
   ME2 Productions, Inc. v. John Doe 5, Defendant.

The Plaintiff is still attempting to ascertain whether further litigation is necessary with

respect to the remaining Defendant in this action in order to resolve the Plaintiff's claims with

respect to this Defendant.

There are no pending motions in this action.

7. Civil Action No. 1:17-cv-00821-WYD-MEH
   ME2 Productions, Inc. v. John Does 1-5, Defendants.

On June 8, 2017, the Plaintiff filed a Notice of Dismissal without Prejudice as to

Defendant John Doe # 5 [ECF No. 13], however the Court has not yet terminated this party from

the case.  The Plaintiff is still attempting to ascertain whether further litigation is necessary with

respect to the remaining Defendants in this action in order to resolve the Plaintiff's claims with

respect to these Defendants.

8. Civil Action No. 1:17-cv-01031-WYD-MEH
   ME2 Productions, Inc. v. John Does 1-4, Defendants.

On June 8, 2017, the Plaintiff filed a Notice of Dismissal without Prejudice as to

Defendant John Doe #s 1 and 2 [ECF No. 13], however the Court has not yet

terminated these parties from the case.  The Plaintiff is still attempting to ascertain whether

further litigation is necessary with respect to the remaining Defendants in this action in order to

resolve the Plaintiff's claims with respect to these Defendants.

9. Civil Action No. 1:17-cv-01089-WYD-MEH
   ME2 Productions, Inc. v. John Does 1-7, Defendants.

The Plaintiff's counsel has had subpoenas served on the ISPs identified in Exhibit 1 of

the Complaint.  The subpoenas request identifying information by June 13, 2017.  No

identifying information has yet been provided by the ISPs.

There are no pending motions in this action.

10. Civil Action No. 1:17-cv-01162
    ME2 Productions, Inc. v. John Does 1-16, Defendants.

The Plaintiff's counsel has had subpoenas served on the ISPs identified in Exhibit 1 of

the Complaint.  The subpoenas request identifying information by June 20, 2017.  No

identifying information has yet been provided by the ISPs.

There is a Level 3 Restricted Document on file in this action [ECF No. 18].

11. Civil Action No. 1:17-cv-01207
    ME2 Productions, Inc. v. John Does 1-8, Defendants.

The Plaintiff's counsel has had subpoenas served on the ISPs identified in Exhibit 1 of

the Complaint.  The subpoenas request identifying information by June 27, 2017.  No

identifying information has yet been provided by the ISPs.

There are no pending motions in this action.

12. Civil Action No. 1:17-cv-01253
    UN4 Productions, Inc. v. John Does 1-19, Defendants.

The Plaintiff's counsel has had subpoenas served on the ISP identified in Exhibit 1 of

the Complaint.  The subpoena requests identifying information by July 6, 2017.  No

identifying information has yet been provided by the ISP.

There are no pending motions in this action.

13. Civil Action No. 1:17-cv-01299
    UN4 Productions, Inc. v. John Does 1-22, Defendants.

The Plaintiff's counsel has had subpoenas served on the ISP identified in Exhibit 1 of

the Complaint.  The subpoena requests identifying information by July 13, 2017.  No

identifying information has yet been provided by the ISP.

There are no pending motions in this action.

DATED this 9th day of June, 2017.

Respectfully submitted,

/s/ David J. Stephenson, Jr.
David J. Stephenson, Jr.
5310 Ward Rd., Suite G-07
Arvada, CO 80002
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was thereby perfected on all counsel of record and interested parties who have agreed to accept service through this system.

By: /s/ David J. Stephenson, Jr.